IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02200-MSK-MEH

DANIEL P. RAFFERTY,

    Plaintiff,
v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN DENVER and THE LITTLETON FAMILY YMCA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2009.**

    Pending before the Court is Plaintiff's Unopposed Motion to Amend Case Caption [filed February 24, 2009; docket #14]. Plaintiff seeks leave to "remove" Defendant Littleton Family YMCA from the case caption, since it is "not an entity separate from the Young Men's Christian Association of Metropolitan Denver." The motion is **denied without prejudice**, with leave to re-file pursuant to Fed. R. Civ. P. 41.