IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02200-MSK-MEH

DANIEL P. RAFFERTY,

    Plaintiff,

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN DENVER and THE LITTLETON FAMILY YMCA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2009.**

    Defendants' Unopposed Motion for Defendants' Insurance Carrier to Participate in Settlement Conference Telephonically [filed February 27, 2009; docket #19] is **granted**. Defendants shall ensure that the insurance carrier is available by telephone during the entirety of the conference.