IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02200-MSK-MEH

DANIEL P. RAFFERTY,

    Plaintiff,

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN DENVER and THE LITTLETON FAMILY YMCA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 11, 2009.**

    The Motion for Enforcement of Attorney's Lien filed by Thomas Goodreid and Martha H. Eskesen [filed May 11, 2009; docket #36] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A.