IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02200-MSK-MEH

DANIEL P. RAFFERTY,

    Plaintiff,

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN DENVER and THE LITTLETON FAMILY YMCA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2009.**

    The Amended Motion for Enforcement of Attorney's Lien filed by Martha Eskesen and Thomas Goodreid [filed May 12, 2009; docket #39] is **denied without prejudice**. Ms. Eskesen and Mr. Goodreid, in seeking an extension of time within which to brief the motion, informed the Court that

> Enforcement of the attorney's lien at this moment is premature because the [motion] is predicated on the final settlement of the underlying case. The final settlement has not yet been achieved and may or may not occur at any time in the near future.

Docket #48 at ¶ 4.  Once the matter is ripe for consideration, Ms. Eskesen and Mr. Goodreid may re-file the motion.

    In light of the within order, the Motion for Extension of Time to File Reply in Support of Amended Motion for Enforcement of Attorney's Lien[1] [filed June 30, 2009; docket #48] is **denied as moot**.

---

[1]The Court notes that, perhaps due to the uncertainty of the ripeness of this matter, the movants failed to request a date certain in accordance with D.C. Colo. LCivR 6.1D.