IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02200-MSK-MEH

DANIEL P. RAFFERTY,

   Plaintiff,

v.

THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN DENVER and THE LITTLETON FAMILY YMCA,

   Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2009.**

The unopposed[1] Motion to Disclose Confidential Settlement in Connection with Consideration of Notice of Attorney's Lien and Renewed Motion for Enforcement of Attorney's Lien filed by Interested Parties Martha Eskesen and Thomas Goodreid [filed August 13, 2009; docket #61] is **granted**. On or before September 24, 2009, the Plaintiff shall disclose to Martha Eskesen and Thomas Goodreid <u>only</u> the terms of the confidential settlement reached between Plaintiff and Defendants in this matter. In accordance with the settlement agreement, Ms. Eskesen and Mr. Goodreid shall keep the terms of the settlement confidential.

---

[1] *See* docket #66.